## 31333. THE STATE v. GREESON et al.

HALL, Justice.

Pursuant to Rule 36 (c) this court grants the applicant's petition for a writ of certiorari. The decision of the Court of Appeals is reported in *Greeson v. State,* 138 Ga. App. 572 (1976).

1. Division 3 of the Court of Appeals' opinion is in conflict with *Spaulding v. State,* 232 Ga. 411 (4) (207 SE2d 43) (1974) and the holding of this division is reversed.

2. We affirm the judgment of reversal for the reasons stated in Division 4 of the opinion by the Court of Appeals.

*Judgment affirmed in part and reversed in part. All the Justices concur.*

SUBMITTED JUNE 23, 1976 — DECIDED JUNE 23, 1976 — REHEARING DENIED JULY 8, 1976.

*Charles Crawford, Assistant District Attorney,* for appellant.

*Garland, Nuckolls & Kadish, John A. Nuckolls,* for appellees.